AP-77,022
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/10/2015 4:40:51 PM
Accepted 2/11/2015 9:24:16 AM
ABEL ACOSTA
CLERK

No. AP-77,022

### IN THE
### COURT OF CRIMINAL APPEALS
### OF TEXAS

*granted*
*PC*

*2-23-15*

WILLIE ROY JENKINS,
Appellant

v.

THE STATE OF TEXAS,
Appellee

On direct appeal from the 274th Judicial District Court
Cause No. 10-1063, Hays County, Texas
Honorable Gary L. Steele

## STATE'S UNOPPOSED THIRD MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

To the Honorable Justices of the Court of Criminal Appeals:

THE STATE OF TEXAS, by and through the undersigned counsel, moves for a third extension of time within which to file its brief on appeal. All facts asserted herein are within the personal knowledge of undersigned counsel. *See* Tex. R. App. Proc. 10.2. In support of its request, the State submits the following:

1.   On May 31, 2013, the appellant was convicted of capital murder in the 274th Judicial District Court of Hays County, Texas, in cause number CR-10-1063, styled *State of Texas v. Willie Roy Jenkins*. The jury sentenced the appellant to death and appeal to this Court is therefore automatic.

2. Appellant filed his opening brief on August 26, 2014.

3. The State's Brief of Appellee was originally due on September 25, 2014. The Court granted the State's unopposed motion for a 60-day extension to file its brief by November 24, 2014.

4. The State filed a second unopposed motion seeking a 75-day extension of the briefing date. The Court granted the motion and ordered that briefing be filed by Monday, February 9, 2015.

5. The State submitted its Brief of Appellee for electronic filing, but the submission occurred at 12:02:46 a.m. on February 10, 2015, which was untimely.

6. The State is compelled to seek an extension of one additional day for filing its brief.

7. In support of its request, the State relies on the following facts:

   A. Before midnight on February 9, 2015, undersigned counsel for the State initiated a transaction with file&servexpress to electronically file the Brief of Appellee with the Court. There was a short delay while the e-filing system located the case and then another delay while the case was updated in the system. After making sure the necessary contacts for service and manner of service were correct, counsel completed the transaction by transmitting the brief for electronic filing. Keeping a close eye on the clock, counsel believed the transaction had concluded by February 9th. Unfortunately, the notification of service evidences the brief was actually submitted at 12:02:46 a.m. on February 10, 2015.

   B. Counsel worked diligently in an effort to have all briefing concluded well in advance of the deadline, but was unable to do so. In the last week two weeks alone, counsel has devoted more than 200 hours to finishing the brief,

including working non-stop for almost 36 straight hours that concluded at the time of filing.

C.   Appellant's attorney, Kerri Anderson Donica, was contacted about the motion and has stated that she does not oppose the Court granting the requested relief.

WHEREFORE, the State prays the Court grant this third unopposed motion to extend the filing date to February 10, 2015, and that the Court accept the Brief of Appellee as timely submitted.

Respectfully submitted,

/s/ Katherine D. Hayes*
KATHERINE D. HAYES
Assistant District Attorney Pro Tem
Assistant Attorney General
SBOT  00796729

*Attorney of record

Texas Office of the Attorney General
c/o Criminal Appeals Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 936-1400
(512) 320-8132 fax
katherine.hayes@texasattorneygeneral.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 10, 2015, I conferred with Appellant's counsel, Kerri Anderson Donica, and she is unopposed to the Court granting relief.

/s/ Katherine D. Hayes
Assistant District Attorney Pro Tem
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on February 10, 2015, a copy of the foregoing motion was filed electronically with the Court. Electronic service was complete on that same date on transmission of the document to the serving party's electronic filing service provider. The following Appellant's counsel were electronically served:

Angela J. Moore
310 S. St. Mary's, Suite 1830
San Antonio, Texas 78205
Tel.: (210) 227-4450
Amoorelaw@aol.com

Kerri Anderson-Donica
301 West Third Ave.
Corsicana, Texas 75110-4665
Tel.: (903) 872-7107
kerri@kerridonicalaw.com

/s/ Katherine D. Hayes
Assistant District Attorney Pro Tem
Assistant Attorney General